AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America v.

Guerrero ZARAGOZA Aguirre

*Defendant(s)*

Case No. **EP:25-MJ-5935-LE**

FILED
October 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____aq_____
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 25, 2025  in the county of  El Paso  in the  Western  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5)(B) | This statue prohibits any alien admitted to the United States under a nonimmigrant visa from shipping, tansporting, possessing, or receiving any firearm or ammunition that has been shipped or transported in interstate or foreign commerence . |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

**Complaint sworn to telephonically on**  October 27, 2025  at  01:10 PM  **and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

Antonio Vaquera - Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/27/2024

*Judge's signature*

City and state:  El Paso, Texas    Laura Enriquez, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT
GUERRERO ZARAGOZA-Aguire

On October 25, 2025, Homeland Security Task Force (HSTF) Core 2, Region 7 disseminated a "Be on the Lookout" (BOLO) advisory to the Ports of El Paso and Ysleta regarding a white Honda Civic bearing Chihuahua license plate EBR950B. The driver was reportedly a B1/B2 visa holder allegedly in possession of firearms and believed to be attempting to smuggle them into Mexico.

At approximately 2:02 PM (MST) on the same day, Customs and Border Protection (CBP) Officers conducting outbound enforcement operations at the Bridge of the Americas (BOTA) encountered the vehicle and initiated an inspection of the driver and vehicle. The outbound team stopped the vehicle and interviewed the driver, later identified as Guerrero ZARAGOZA Aguire. During questioning, ZARAGOZA stated that he was not in possession of any firearms, narcotics, or ammunition. He claimed to have approximately $30 USD in his possession. ZARAGOZA also stated that the vehicle belonged to him and took full responsibility for it.

Special agents assigned to HSTF Core 2, Region 7 approached ZARAGOZA and verbally advised him of his Miranda rights in Spanish. ZARAGOZA acknowledged the warnings and agreed to answer the agents' questions. He stated that he had purchased a gun case at a garage sale for $5. When asked if he had been coerced or influenced in any way to purchase firearms or smuggle them into Mexico, ZARAGOZA denied any such involvement.

During a secondary inspection of the vehicle, CBP officers discovered two handguns concealed within various boxes inside the vehicle. As a result, CBP officers placed ZARAGOZA in restraints and secured him in a holding cell.

Homeland Security Investigations (HSI) special agents later moved ZARAGOZA to an interview room, where he was once again read his Miranda rights. ZARAGOZA acknowledged the warnings and agreed to answer additional questions from the special agents. The following are non-verbatim statements made by ZARAGOZA:

ZARAGOZA stated that he met an individual in Albuquerque who was willing to sell him firearms without proper documentation. He further explained that the individual informed him they would be present at a gun show located in El Paso, Texas. ZARAGOZA stated that the individual sold him two firearms for $900 USD at the El Paso, Texas location. ZARAGOZA also admitted that he intended to sell the firearms for $1,000 USD in Mexico.

During the interview, ZARAGOZA acknowledged that his possession of firearms as a B1/B2 visa holder in the United States was illegal. He also admitted that he was aware of the signs posted before entering Mexico, which clearly warned of the illegality of smuggling weapons and ammunition into Mexico. ZARAGOZA confirmed that he knew his actions were against the law.

End of affidavit.